UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60282-CIV-DIMITROULEAS

PATRICIA KENNEDY, Individually,

    Plaintiff,

vs.

Gauriputra, LLC, and Purvi, Inc., d/b/a
Comfort Inn,

    Defendant.
_____/

## ORDER OF DISMISSAL OF DEFENDANT PURVI, INC.

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice Only as to Defendant Purvi, Inc. (the "Notice") [DE 10], filed herein on February 21, 2020. The Court has carefully reviewed the Notice [DE 10] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 10] is **APPROVED**; and

2. Defendant Purvi, Inc. is hereby **DISMISSED WITHOUT PREJUDICE**;

3. This case remains open and pending as to the remaining Defendant.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 21st day of February, 2020.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record