UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60282-CIV-DIMITROULEAS

PATRICIA KENNEDY, Individually,

    Plaintiff,

vs.

Gauriputra, LLC, and Purvi, Inc., d/b/a
Comfort Inn,

    Defendant.
_____/

## ORDER OF DISMISSAL OF DEFENDANT GAURIPUTRA, LLC

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant Gauriputra, LLC (the "Notice") [DE 13], filed herein on March 29, 2020. The Court has carefully reviewed the Notice [DE 13] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Notice [DE 1] is **APPROVED**; and

2.    Defendant Gauriputra, LLC. is hereby **DISMISSED WITH PREJUDICE**;

3.    The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 30th day of March, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record